UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS, INC. AND CITIGROUP GLOBAL MARKETS HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br><br> MARK T. RIDGEWAY, <br><br> Defendant. | ) ) ) ) ) ) ) ) CIVIL ACTION ) FILE NO. 07-5140 ) ) ) ) ) ) |

## CONSENT JUDGMENT

It appearing that Plaintiffs Citigroup Global Markets, Inc. and Citigroup Global Markets Holdings, Inc. (hereinafter collectively "Plaintiffs") and Defendant Mark T. Ridgeway ("Defendant") have settled and compromised the above-styled lawsuit and all issues and disputes contained therein, and in accordance with an executed Settlement Agreement among the parties, the parties, having agreed to the entry of this Consent Judgment as evidenced by the signatures affixed hereunder.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be and hereby is entered in favor of Plaintiffs Citigroup Global Markets, Inc. and Citigroup Global Markets Holdings, Inc. and against Defendant Mark T. Ridgeway in the principal amount of Ninety Thousand Eight Hundred Seventy-Seven Dollars and Seventy-Eight Cents ($90,877.78), plus interest at the contractual rate of 13.50% per annum or $33.61 per diem from March 20, 2006 until paid in full.

4812-2237-8753.1

For all of which let execution issue.

This order and judgment disposes of all issues and all parties and is final and appealable for all purposes.

IT IS SO ORDERED this 23 day of Aug, 2007.

_____
United States District Judge

Agreed as to form and substance:

KUTAK ROCK LLP

_____
Robert W. George
Arkansas Bar No. 98134
The Three Sisters Building
214 West Dickson Street
Fayetteville, AR  72701-5221
(479) 973-4200 (Telephone)
(479) 973-0007 (Facsimile)

and

Gregory R. Crochet
Georgia Bar No. 196650
W. Jerad Rissler
Georgia Bar No. 142024
Suite 2100
225 Peachtree Street, N.E.
Atlanta, GA 30303
(404) 222-4600 (Telephone)
(404) 222-4654 (Facsimile)

Attorneys for Plaintiffs

KNIGHT LAW FIRM PLC

_____
K. Vaughn Knight
Arkansas Bar No. 2002097
509 W. Spring Street
Suite 460
Fayetteville, AR  72701
(479) 571-0014 (Telephone)
(479) 571-0015 (Facsimile)

Attorney for Defendant

_____
Mark T. Ridgeway
Defendant

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 2 3 2007
CHRIS R. JOHNSON, CLERK
BY          DEPUTY CLERK