```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**CITIGROUP GLOBAL MARKETS, INC. and**
**CITIGROUP GLOBAL MARKETS HOLDINGS, INC.**                **PLAINTIFFS**

          **v.**              **Civil No. 07-5140**

**MARK T. RIDGEWAY**                                        **DEFENDANT**

## O R D E R

Now on this 17th day of November, 2010, comes on for consideration the Plaintiffs' and Judgment Creditors' Motion to Compel Responses to Post Judgment Discovery (document #23), and the Court, being well and sufficiently advised, finds and orders that said motion should be, and hereby is **granted as set forth below.**

The defendant is ordered to respond to Plaintiffs' Second Set of Interrogatories and Request for Production of Documents in Aid of Judgment to Defendant dated June 30, 2010 within ten (10) days of the date of this Order.

The plaintiff's request for attorneys' fees is taken under advisement at this time.

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE